UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PIERRE LOMBARDINO | CIVIL ACTION |
| VERSUS | NO. 18-6714 |
| NEWELL NORMAND, ET AL. | SECTION M (2) |

## **ORDER**

After considering the complaint, the record, the applicable law, the United States Magistrate Judge's Findings and Recommendation (R. Doc. 17), and finding that as of this date plaintiff has filed no objections to the United States Magistrate Judge's Findings and Recommendation, the Court hereby approves the United States Magistrate Judge's Findings and Recommendation and adopts it as its Opinion.

Accordingly, IT IS ORDERED that the claims of Pierre Lombardino are DISMISSED WITH PREJUDICE for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 16th day of October, 2018.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE